**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7298**

---

BEVERLY DOREATHA HAMPTON,

Plaintiff - Appellant,

versus

VIRGINIA CORRECTIONAL CENTER FOR WOMEN,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-696-2)

---

Submitted: December 18, 1997          Decided: January 7, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Beverly Doreatha Hampton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her 42 U.S.C. § 1983 (1994) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp. 1997). Because Appellant did not demonstrate to the district court that she had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2